AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
2008 AUG -4 PM 3:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Arlene Susan Medina, an individual (continued)
Plaintiff
v.
County of San Diego, (continued on attached)
Defendant

Civil Action No. 08cv1395W(BLM)

### Summons in a Civil Action

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Elaine L. Heine
Attorney at Law
3525 Del Mar Heights Road #438
San Diego, CA 92130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG - 4 2008

Name of clerk of court
J. PARIS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Robert Leo Medina an individual,

Plaintiffs,

vs.

City of Encinitas, City of Solana Beach, Mark Richie individually and in his official capacity as deputy for the San Diego Sheriff's Department, Karla Taft, individually and in her official capacity as deputy for the San Diego Sheriff's Department, Leo Nava, individually and in his official capacity as deputy for the California Highway Patrol, Timothy Fenton, individually and in his official capacity as deputy for the California Highway Patrol, Julie Cahill, individually and in her official capacity as deputy for the California Highway Patrol, Does 1-50, inclusive,

Defendants.