**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARLENE MEDINA, ROBERT LEO MEDINA

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et. al.,

Defendants.

Case No. 08-cv-01395-BAS-RBB

**ORDER INSTRUCTING CLERK OF COURT TO CLOSE THE FILE**

Judgment was entered in this case on March 13, 2017 (*see Medina v. County of San Diego, et. al.*, 08-cv-01252-BAS-RBB (Lead case), S.D. Cal. Mar. 13, 2017, ECF No. 178). Accordingly, the Clerk of Court is ordered to close this case.

**IT IS SO ORDERED.**

**DATED: April 4, 2017**

**Hon. Cynthia Bashant**
**United States District Judge**